No. 84–781.   IOWA EXPRESS DISTRIBUTION, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 8th Cir.   Certiorari denied.

No. 84–5063.   WEATHERLESS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–5081.   KINZHUMA *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–5085.   CURRY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–5104.   CHAMPION *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 84–5116.   BRODINE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–5257.   SMITH ET AL. *v.* KANSAS ET AL.   Sup. Ct. Kan. Certiorari denied.

No. 84–5262.   BARNES *v.* OHIO.   Ct. App. Ohio, Van Wert County.   Certiorari denied.

No. 84–5321.   FULLER *v.* OSBORNE, SHERIFF OF TAZEWELL COUNTY.   C. A. 4th Cir.   Certiorari denied.

No. 84–5322.   LEMERON *v.* POWERS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 84–5430.   FORRESTER *v.* CHASE MANHATTAN BANK. C. A. D. C. Cir.   Certiorari denied.

No. 84–5441.   MYSLIWIEC *v.* DONOVAN, SECRETARY OF LABOR.   C. A. 3d Cir.   Certiorari denied.

No. 84–5466.   ROBERTS *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–5553.   VEGA-BARVO *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.